# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHARLES D. WIGGINS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATEBRIDGE COMPANY, LLC,<br><br>Defendant. | Case No. 2:21-cv-10975-LVP-EAS |

## STIPULATION OF DISMISSAL

Plaintiff, CHARLES D. WIGGINS, and Defendant, STATEBRIDGE COMPANY, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against STATEBRIDGE COMPANY, LLC. The parties further stipulate to the dismissal of the class claims without prejudice. Each party to bear its own attorney's fees and costs.

Dated: January 9, 2022              Respectfully Submitted,

CHARLES D. WIGGINS                  STATEBRIDGE COMPANY, LLC

*/s/ Mohammed O. Badwan*             */s/ A. Stuart Tompkins (with consent)*
Mohammed O. Badwan, Esq.             A. Stuart Tompkins (P23070)
Sulaiman Law Group, Ltd.             Sullivan, Ward, Patton, Gleeson &
2500 S. Highland Ave., Suite 200     Felty, P.C.
Lombard, IL 60148                    400 Galleria Officentre, Suite 500
Phone: (630) 575-8180                Southfield, MI 48034
mbadwan@sulaimanlaw.com              (Direct) 248-746-2707

*Counsel for Plaintiff*               (Fax) 248-746-2760
                                      stompkins@sullivanwardlaw.com

## CERTIFICATE OF SERVICE

I, Mohammed O. Badwan, an attorney, certify that on January 9, 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Mohammed O. Badwan*