# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES D. WIGGINS, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

STATEBRIDGE COMPANY, LLC,

    Defendant.

Case No. 2:21-cv-10975-LVP-EAS

## ORDER DISMISSING CASE

Plaintiff, CHARLES D. WIGGINS and Defendant, STATEBRIDGE COMPANY, LLC, having filed a Stipulation of Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. Plaintiff's individual claims against STATEBRIDGE COMPANY, LLC are dismissed with prejudice.

2. The class claims against STATEBRIDGE COMPANY, LLC are dismissed without prejudice.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: January 10, 2022